JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUTURE TEXTILE, INC., a California corporation,<br><br>                Plaintiff,<br><br>        v.<br><br>R & R GOLDMAN & ASSOCIATES, INC. dba Discovery Clothing Co., an Illinois corporation; SASSY APPAREL, INC., a California corporation; and DOES 1 through 10, inclusive,<br><br>                Defendants. | Case No.:2:17-cv-00397-CAS-PLA<br><br>[Hon. Christina A. Snyder, Judge Presiding]<br><br>**[~~PROPOSED~~] ORDER ON JOINT STIPULATION TO DISMISS** |

FOR GOOD CAUSE APPEARING, the following is hereby ORDERED:

A.     The complaint is dismissed with prejudice;

1

B.    This dismissal is subject to and predicated upon the settlement agreement that gave rise to this dismissal;

C.    This Court will retain jurisdiction to enforce the settlement agreement that precipitated this dismissal; and

D.    The parties will each bear their own costs and attorneys' fees incurred in this action.

SO ORDERED.

Dated: July 6, 2017                    By: _____

Honorable Christina A. Snyder

[PROPOSED] ORDER ON JOINT STIPULATION TO DISMISS